PHILLIP A. PASSAFUIME, ESQ. - Bar No. 67077
DAWSON, PASSAFUIME, BOWDEN & MARTINEZ
4665 Scotts Valley Drive
Scotts Valley, Calif. 95066-4291
TEL (831) 438-1221
FAX (831) 438-2812

phil@dpb-law.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN J. YEPEZ | Case No.: 11-cv-01534 PSG |
| Plaintiff | DEFENDANTS' CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE |
| v. | |
| WARREN HENRY KNOX dba KNOX ROOFING and FOREVER FIREWOOD, INC. | |
| Defendants | |

CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from judgment shall be taken directly to the United State Court of Appeals for the Ninth Circuit.

Dated: 6-3-11         DAWSON, PASSAFUIME, BOWDEN & MARTINEZ

By_____
PHILLIP A. PASSAFUIME
Attorney for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUAN J. YEPEZ

                Plaintiff(s),

v.

WARREN HENRY KNOX, ET AL

                Defendant(s).

CASE NO. C11-01534 PSG

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    ☐ Non-binding Arbitration (ADR L.R. 4)
    ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    ☑ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ☐ Private ADR *(please identify process and provider)*

The parties agree to hold the ADR session by:
    ☑ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☐ other requested deadline

Dated: 6/3/2011

/s/ Tomas Margain
Attorney for Plaintiff

Dated: 6/3/2011

/s/ Phillip A. Passafuime
Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☐ other ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

IT IS SO ORDERED.

Dated: June 8, 2011

*Paul S. Grewal*

UNITED STATES MAGISTRATE JUDGE