TOMAS E. MARGAIN, SBN 193555
DAL BON & MARGAIN, APC
28 NO
RTH 1st Suite 700
San Jose, CA 95113
408) 297-4729
fax (408) 297-4728

Attorneys for Plaintiff

Phillip A. Passafuime, SBN 67077
DAWSON, PASSAFUIME, BOWDEN & MARTINEZ
4665 Scotts Valley Drive
Scotts Valley, CA 95066
Telephone:  (831) 438-1221

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN J. YEPEZ,<br><br>                Plaintiff,<br><br>      vs.<br><br>WARREN HENRY KNOX dba KNOX ROOFING and FOREVER FIREWOOD, INC.<br><br>                Defendants. | Case No. 11-CV-01534 PSG<br><br>**STIPULATION TO DISMISS WITH PREJUDICE; COURT TO RETAIN JURISDICTION AND TO ENFORCE PAYMENT AGREEMENT and ORDER**<br><br>**Action Filed:** March 30, 2011<br>**Trial Date:**   Not Set |

THE PARTIES THROUGH THEIR ATTORNEYS OF RECORD HEREBY STIPULATE AS FOLLOWS:

1.  The matter has fully settled.  The parties have executed a written settlement agreement settling all claims made in the Complaint.

2.  The parties stipulate that this matter be dismissed with prejudice.

3.  The terms of the settlement agreement call for all payments to be made by December 20, 2011, to pay all

1                    consideration for the settlement.

2         4.     The parties request that the Court retain jurisdiction

3               until January 8, 2012 in the event the payment is not

4               made.

5     IT IS SO STIPULATED

6     **FOR PLAINTIFF**             DAL BON & MARGAIN

7

8  DATED: September 6, 2011     By:_____

                                    Thomas E. Margain

9

10    **FOR DEFENDANTS**         DAWSON, PASSAFUIME, BOWDEN & MARTINEZ

11

12  DATED: September 6, 2011     By:_____

                                    Phillip A. Passafuime

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to
Dismiss with Prejudice

ORDER

   Based on the stipulation of counsel and good cause shown, this matter is dismissed with prejudice.  All deadlines are hereby terminated.  The parties have reached a settlement.  The Court retains jurisdiction to enforce the terms of the payment provision of the settlement until January 8, 2012.  At that time, the Court directs the clerk to close the file.  This Order is without waiving the ability of any party to move to enforce other provisions of the settlement agreement if there is a breach by separate legal proceedings.

   IT IS SO ORDERED.


DATED:    9/14/2011

                              By: _Paul S. Grewal_
                                  PAUL S. GREWAL
                                  United States Magistrate Judge

3