TOMAS E. MARGAIN, SBN 193555
DAL BON & MARGAIN, APC
28 NO
RTH 1st Suite 700
San Jose, CA 95113
408) 297-4729
fax (408) 297-4728

Attorneys for Plaintiff

Phillip A. Passafuime, SBN 67077
DAWSON, PASSAFUIME, BOWDEN & MARTINEZ
4665 Scotts Valley Drive
Scotts Valley, CA 95066
Telephone: (831) 438-1221

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN J. YEPEZ,<br>Plaintiff,<br>vs.<br>WARREN HENRY KNOX dba KNOX ROOFING and FOREVER FIREWOOD, INC.<br>Defendants. | Case No. 11-CV-01534 PSG<br>**STIPULATION TO DISMISS WITH PREJUDICE; COURT TO RETAIN JURISDICTION AND TO ENFORCE PAYMENT AGREEMENT** and **ORDER**<br>**Action Filed:** March 30, 2011<br>**Trial Date:** Not Set |

THE PARTIES THROUGH THEIR ATTORNEYS OF RECORD HEREBY STIPULATE AS FOLLOWS:

1. The matter has fully settled. The parties have executed a written settlement agreement settling all claims made in the Complaint.

2. The parties stipulate that this matter be dismissed with prejudice.

3. The terms of the settlement agreement call for all payments to be made by December 20, 2011, to pay all

consideration for the settlement.

4. The parties request that the Court retain jurisdiction until January 8, 2012 in the event the payment is not made.

IT IS SO STIPULATED

**FOR PLAINTIFF** **DAL BON & MARGAIN**

DATED: September 6, 2011 By:________________
Thomas E. Margain

**FOR DEFENDANTS** **DAWSON, PASSAFUIME, BOWDEN & MARTINEZ**

DATED: September 6, 2011 By:________________
Phillip A. Passafuime

ORDER

Based on the stipulation of counsel and good cause shown, this matter is dismissed with prejudice. All deadlines are hereby terminated. The parties have reached a settlement. The Court retains jurisdiction to enforce the terms of the payment provision of the settlement until January 8, 2012. At that time, the Court directs the clerk to close the file. This Order is without waiving the ability of any party to move to enforce other provisions of the settlement agreement if there is a breach by separate legal proceedings.

IT IS SO ORDERED.

DATED: 9/14/2011

By: [signature]
PAUL S. GREWAL
United States Magistrate Judge